# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Harold R. Griffith | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A. | Movant | NO. 19-15638 MDC |
| vs. | | |
| Harold R. Griffith | Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq. | Trustee | |

## ORDER

AND NOW, this 6th day of November, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2015 Winnebago 36Y Vista MA ("Vehicle"), bearing a VIN Number 1F66F5DYXE0A09983.

_____
United States Bankruptcy Judge.

Harold R. Griffith
2002 West Main Street
Lot 10
Ephrata, PA 17522

Mitchell A. Sommers
Mitchell A. Sommers, Esquire P.C.
107 West Main Street
Ephrata, PA  17522

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532