United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15638-mdc
Harold R. Griffith                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Virginia              Page 1 of 1              Date Rcvd: Nov 07, 2019
                             Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db              +Harold R. Griffith,    2002 West Main Street,    Lot 10,    Ephrata, PA 17522-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Debtor Harold R. Griffith sommersesq@aol.com, kjober@ptd.net
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Harold R. Griffith | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>vs. | Movant | NO. 19-15638 MDC |
| Harold R. Griffith | Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq. | Trustee | |

## ORDER

AND NOW, this 6th day of November, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2015 Winnebago 36Y Vista MA ("Vehicle"), bearing a VIN Number 1F66F5DYXE0A09983.

_____
United States Bankruptcy Judge.

Harold R. Griffith
2002 West Main Street
Lot 10
Ephrata, PA 17522

Mitchell A. Sommers
Mitchell A. Sommers, Esquire P.C.
107 West Main Street
Ephrata, PA  17522


Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532