United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 19-15638-mdc
Harold R. Griffith                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: JEGilmore         Page 1 of 1             Date Rcvd: Nov 19, 2019
                            Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
db          +Harold R. Griffith,    2002 West Main Street,    Lot 10,    Ephrata, PA 17522-1120
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 04:04:14
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 20 2019 04:04:30     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Debtor Harold R. Griffith sommersesq@aol.com, kjober@ptd.net
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Harold R. Griffith, | : | |
| Debtor. | : | Bankruptcy No. 19-15638-MDC |

# O R D E R

**AND NOW**, on October 30, 2019, Harold R. Griffith (the "Debtor") caused to be filed a reaffirmation agreement with creditor Members 1st Federal Credit Union (the "Reaffirmation Agreement").[1]

**AND**, the Debtor was represented by an attorney during the course of negotiating the Reaffirmation Agreement.

**AND**, the attorney filed a Certification that the Debtor was counseled in accordance with 11 U.S.C. §524(c)(3).

**AND**, the Debtor acknowledged in writing receipt of the disclosures described in 11 U.S.C. §524(k) at or before the time at which the Debtor signed the Reaffirmation Agreement.

**AND**, there is no material difference between the income and expenses disclosed by the Debtor pursuant to 11 U.S.C. §524(k)(6)(A) and the income and expenses stated on Schedules I and J.

**AND**, because the creditor is a credit union as defined in section 19(b)(1)(A)(iv) of the Federal Reserve Act, any inquiry into the presumption of undue hardship pursuant to 11 U.S.C. §524(m) is not applicable.

It is hereby **ORDERED** and **DETERMINED** that:

1. No reaffirmation hearing is necessary.  11 U.S.C. §§524(d) & (m).

2. Court approval of the Reaffirmation Agreement is unnecessary.  11 U.S.C. §524(c)(6)(A) (requiring court approval of Reaffirmation Agreement only upon certain conditions); 11 U.S.C.

---

[1] Bankr. Docket No. 14.

§524(m)(2) (presumption of undue hardship does not apply to agreements where the creditor is a credit union).

Dated: November 19, 2019

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Mitchell A. Sommers, Esquire
Mitchell A. Sommers, Esquire P.C.
107 West Main Street
Ephrata, PA 17522

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912