IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

HAROLD GRIFFITH

                                                    Chapter 7

                                                    Case No. 19- BK-15638-MDC

                    Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this __4th__ day of __December__ 20_19_, upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, Sommers,

Mitchell A., Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a

Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to March 7, 2020.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States

Trustee or any creditor to object to exemptions is hereby extended to March 7, 2020.


/s/ Sommers, Mitchell A.

Sommers, Mitchell A., Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee


IT IS HEREBY ORDERED

DATED: _____

*Magdeline D. Coleman*

Honorable MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge