```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                      Case No. 19-15638-mdc
Harold R. Griffith                                          Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Lisa             Page 1 of 1           Date Rcvd: Dec 04, 2019
                             Form ID: pdf900        Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
```
db            +Harold R. Griffith,   2002 West Main Street,   Lot 10,   Ephrata, PA 17522-1120
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14401453      +BANK OF AMERICA, N.A.,   C/O KML Law Group,   701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
14401720      +BANK OF AMERICA, N.A.,   C/O Rebecca A. Solarz, Esq.,   KML Law Group,
               701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14386559      +Bank of America,   PO Box 2284,   Brea, CA 92822-2284
14386561       Fulton Bank,   PO Box 790408,   Saint Louis, MO 63179-0408
14386563      +Members First FCU,   PO Box 2104,   Mechanicsburg, PA 17055-2104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2019 03:03:06
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 05 2019 03:03:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14386560      +E-mail/Text: mrdiscen@discover.com Dec 05 2019 03:02:57     Discover,   PO Box 71084,
               Charlotte, NC 28272-1084
14386562      +E-mail/Text: unger@members1st.org Dec 05 2019 03:03:39     Members First FCU,   PO Box 40,
               Mechanicsburg, PA 17055-0040
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Debtor Harold R. Griffith sommersesq@aol.com,  kjober@ptd.net
              REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
HAROLD GRIFFITH

Chapter 7

Case No. 19- BK-15638-MDC

Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this __4th__ day of __December__ 20__19__, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, Sommers, Mitchell A., Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to March 7, 2020.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to March 7, 2020.

/s/ Sommers, Mitchell A.

Sommers, Mitchell A., Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

DATED: _____    _____
*Magdeline D. Coleman*
Honorable MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge