UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

HAROLD GRIFFITH

DEBTOR(S) : BANKRUPTCY NO. 19-15638-PMM

NOTICE OF CHANGE FROM ASSET TO NO ASSET

TO THE CLERK:

    Christine C. Shubert, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. No creditors filed claims and no unsecured creditors were included in the Bankruptcy schedules.  Accordingly, this is to be changed to a no-asset case.

Dated: April 14, 2020      /s/ Christine C. Shubert, Esquire
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226
(856) 983-7735